IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NO.

| | |
|---|---|
| Lynn Sweatman, and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>LG Philips LCD Company LTD, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd. and HannStar Display Corporation,<br><br>     Defendants. | **PLAINTIFF'S RESPONSES TO RULE 26.01 INTERROGATORIES** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA AND ALL COUNSEL OF RECORD:

The above-named Plaintiff, Lynne Sweatman, and all others similarly situated, by and

1

through her undersigned counsel and pursuant to Local Rule 26.01, D.S.C., hereby propounds the following responses to the Court's Local Rule 26.01, D.S.C. "Interrogatories to Be Answered by Each Party."

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: None.

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE: Each claim should be tried to a jury because each claim sounds in law.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: Plaintiff is not a publicly owned company. Plaintiff is not a parent, subsidiary, partner or affiliate of any publicly owned company; no publicly owned company owns ten percent or more of plaintiff; and plaintiff does not own ten percent of any publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE: Plaintiff is a resident of this division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that the should be assigned a single judge will be determined by the Clerk of Court bases on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: Plaintiff is not aware of any other related actions in this District.**

Dated: March 20, 2007	Respectfully submitted,

/s/ W. H. Bundy, Jr.
W. H. Bundy, Jr., Fed. Ct. ID #1598
**Smith, Bundy, Bybee & Barnett, P.C.**
Building F, Suite 100
1037 Chuck Dawley Boulevard
Mount Pleasant, SC 29464
(843) 881-1623

Daniel E. Gustafson
Renae D. Steiner
Jason S. Kilene
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844

*Counsel for Plaintiff*