CLOSED, JURY, LC 1

## U.S. District Court
### District of South Carolina (Charleston)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00781-JFA

| | |
|---|---|
| Sweatman v. LG Philips LCD Company Ltd et al | Date Filed: 03/20/2007 |
| Assigned to: Chief Judge Joseph F Anderson, Jr | Date Terminated: 05/21/2007 |
| Cause: 15:1 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lynn Sweatman**  represented by  **Walter Henry Bundy, Jr**
*and all others similarly situated*           Smith Bundy Bybee and Barnett
                                              PO Box 1542
                                              Mt Pleasant, SC 29464
                                              843-881-1623
                                              Fax: 843-881-4406
                                              Email: whbesq@s3blaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co Ltd**

**Defendant**

**LG Philips LCD America Inc**

**Defendant**

**LG Electronics Inc**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Electronics Co Ltd**

**Defendant**

**Samsung Semiconductor Inc**

**Defendant**

**AU Optronics Corporation**

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA Inc

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electonics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co Ltd

**Defendant**

Hitachi Ltd

**Defendant**

Hitachi Displays Ltd

**Defendant**

Hitachi America Ltd

**Defendant**

Hitachi Electronic Devices USA Inc

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies Ltd

**Defendant**

IDT International Ltd

**Defendant**

International Display Technology Co

Ltd

**Defendant**

**International Display Technology USA Inc**

**Defendant**

**Chunghwa Picture Tubes Ltd**

**Defendant**

**Hannstar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2007 | 1 | COMPLAINT against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA Inc, Sharp Corporation, Sharp Electonics Corporation, Toshiba Corporation, Matsushita Display Technology Co Ltd, Hitachi Ltd, Hitachi Displays Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies Ltd, IDT International Ltd, International Display Technology Co Ltd, International Display Technology USA Inc, Chunghwa Picture Tubes Ltd, Hannstar Display Corporation, LG Philips LCD Co Ltd, LG Philips LCD America Inc, LG Electronics Inc, Royal Philips Electronics NV, Samsung Electronics Co Ltd, Samsung Semiconductor Inc ( filing fee $350, receipt number 941838) filed by Lynn Sweatman.(cper, ) (Entered: 03/21/2007) |
| 03/20/2007 | 2 | Summons Issued (Restricted Access) as to Defendants. (cper, ) (Entered: 03/21/2007) |
| 03/20/2007 | 3 | Local Rule 26.01 Answers to Interrogatories by Lynn Sweatman.(cper, ) (Entered: 03/21/2007) |
| 03/23/2007 | 5 | Case Reassigned to Judge Joseph F Anderson, Jr. Judge Patrick Michael Duffy no longer assigned to the case. (glev, ) (Entered: 03/23/2007) |
| 05/21/2007 | 7 | CONDITIONAL TRANSFER ORDER to transfer this case to the Northern District of California.(mnew, ) (Entered: 05/21/2007) |
| 06/07/2007 | 9 | TRANSFER ORDER (jwol, ) Modified on 9/20/2007 (jwol, ). (Entered: 06/07/2007) |
| 09/19/2007 | 10 | CERTIFIED TRANSFER ORDER (jwol, ) (Entered: 09/19/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/27/2007 19:29:25 |

| PACER Login: | us4077 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:07-cv-00781-JFA |
| Billable Pages: | 2 | Cost: | 0.16 |